JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HENRY EUGENE HARRIS, | ) | NO. CV 11-1076-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LEE BACA - SHERIFF, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 18, 2011.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE